UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 7
) Case No: 04-45435
Jensen, Mark )
) Judge Pamela S. Hollis
Debtor(s) )

INITIAL REPORT OF TRUSTEE IN ASSET CASE

Honorable Pamela S. Hollis, Bankruptcy Judge

By: David P. Leibowitz, Trustee

The Trustee named above hereby reports as follows with respect to the above captioned chapter 7 case:

1. REPORT OF §341 MEETING:
   a) Date §341 scheduled 1/11/05
   b) { } concluded above date { } concluded
      { } Debtor(s) never appeared.
   c) { x } The Attorney for the Debtor appeared { } did not appear at §341. (pro se debtor)

2. FINDING OF ASSETS: The Trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.

3. ASSET NOTICE TO CREDITORS:

   { } An asset notice was sent to creditors.
   { x } An asset notice has not previously been sent to creditors.

   IF NOTICE NOT PREVIOUSLY SENT:
       { } The Trustee requests that such notice be sent to creditors, or
       { x } The Trustee recommends notice be delayed until all assets are liquidated.

WHEREFORE, the Trustee submits this as his initial report to the United States Trustee and the Court in the above captioned case.

Date: January 15, 2005          Signed:

_____
Trustee