**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JENSEN, MARK | ) | |
| | ) | CASE NO. 04 B 45435 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 644
         Chicago, Illinois 60604

    on:  **February 21, 2008**
    at:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $     1,512.76

    b. Disbursements                           $         0.00

    c. Net Cash Available for Distribution$    1,512.76

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 378.19 | $ |
| Trustee | $ 0.00 | $ | $ 123.05 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $0.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Advantage Assets Inc | $ 13,206.62 | $ 1,011.52 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee

    may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: **January 18, 2008**     For the Court,


                      By: **KENNETH S. GARDNER**
                            Kenneth S. Gardner
                            Clerk of the United States Bankruptcy Court
                            219 S. Dearborn Street, 7th Floor
                            Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Jan 18, 2008
Case: 04-45435                 Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Jan 20, 2008.
 db             Mark Jensen,   3858 Newcastle Ave.,   Chicago Heights, IL  60634
 aty           +Victoria J Carpenter,   Legal Rescues,   88 W Schiller Suite 1803,   Chicago, IL 60610-4909
 tr            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
8759721        +ABTTV,   Monogram Cred. Card Bank GA,   P.O. Box 9001557,   Louisville, KY 40290-1557
11005321       +Advantage Assets Inc,   7322 Southwest Freeway STe 1600,   Houston TX 77074-2053
8759722        +American Express,   NCO Financial Systems,   P.O. Box 4174,   Philadelphia, PA 19144-0174
8759723        +Chrysler Financial,   P.O. Box 5055,   Southfield, MI 48086-5055
8759724        +Cingular Wireless,   Bureau of Collection Recovery, Inc.,   7575 Corporate Way,
                 Eden Prairie, MN 55344-2000
8759725        +Frank Minardi D.O., S.C.,   7447 W. Talcott, Suite 515,   Chicago, IL 60631-3716
8759726        +ICS Collection Service,   P.O. Box 646,   Oak Lawn, IL 60454-0646
8759727        +J.P. Morgan Chase Bank,   P.O. Box 659409,   San Antonio, TX 78265-9409
8759729        +MBNA America,   P.O. Box 15102,   Wilmington, DE 19886-5102
8759730        +MBNA Platinum Plus,   P.O. Box 15137,   Wilmington, DE 19886-5137
8759728        +Malcolm S. Gerald and Assocs., Inc.,   332 S. Michigan Ave.,   Suite 514,
                 Chicago, IL 60604-4318
8759731        +Medical Recovery Specialist, Inc.,   2350 East Devon Ave.,   Suite 225,
                 Des Plaines, IL 60018-4602
8759732        +Otolaryngology Group,   Armor Systems Corp.,   2322 N. Green Bay Rd.,   Waukegan, IL 60087-4209
8759733        +Resurrection/RHC Surgery & Open MRI,   3101 N. Harlem Ave.,   Chicago, IL 60634-4532
8759734         Sterling Bank & Trust FSB,   Oyster Bay Beach Resort,   P.O. Box 29352,   Phoenix, AZ 85038-9352

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**            **Signature:** *Joseph Speetjens*