# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-45435 PSH |
| **Case Name:** | JENSEN, MARK |
| **Taxpayer ID #:** | 13-7524266 |
| **Period Ending:** | 05/06/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****49-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/06 | {6} | Mark C. Jensen | Per M for Turnover | 1124-000 | 1,500.00 | | 1,500.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.49 | | 1,500.49 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.99 | | 1,501.48 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.02 | | 1,502.50 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.02 | | 1,503.52 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.95 | | 1,504.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.05 | | 1,505.52 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.98 | | 1,506.50 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.95 | | 1,507.45 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.00 | | 1,508.45 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.75 | | 1,509.20 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.80 | | 1,510.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.83 | | 1,510.83 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.83 | | 1,511.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.78 | | 1,512.44 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.32 | | 1,512.76 |
| 07/12/07 | | To Account #*******4966 | | 9999-000 | | 1,512.76 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,512.76 | 1,512.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,512.76 | |
| **Subtotal** | 1,512.76 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,512.76** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-45435 PSH
**Case Name:** JENSEN, MARK

**Taxpayer ID #:** 13-7524266
**Period Ending:** 05/06/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****49-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | From Account #********4965 | | 9999-000 | 1,512.76 | | 1,512.76 |
| 02/25/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $378.19, Trustee Compensation;  Reference: | 2100-000 | | 378.19 | 1,134.57 |
| 02/25/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $123.05, Trustee Expenses;  Reference: | 2200-000 | | 123.05 | 1,011.52 |
| 02/25/08 | 103 | Advantage Assets Inc | Dividend paid  7.65% on $13,206.62; Claim# 1; Filed: $13,206.62; Reference: | 7200-000 | | 1,011.52 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,512.76 | 1,512.76 | $0.00 |
| Less: Bank Transfers | | 1,512.76 | 0.00 | |
| **Subtotal** | | 0.00 | 1,512.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $1,512.76 | |

| Net Receipts : | 1,512.76 |
|---|---|
| Net Estate : | $1,512.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****49-65** | 1,512.76 | 0.00 | 0.00 |
| **Checking # ***-*****49-66** | 0.00 | 1,512.76 | 0.00 |
| | $1,512.76 | $1,512.76 | $0.00 |

{} Asset reference(s)